WR-83,996-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/21/2015 2:51:37 PM
Accepted 10/21/2015 3:55:46 PM
ABEL ACOSTA
CLERK

**WR-83,996-01**

| | | |
|---|---|---|
| | § | **IN THE COURT OF** |
| | § | |
| **IN RE** | § | |
| **SYLVIA MARTINEZ** | § | **CRIMINAL APPEALS** |
| | § | |
| | § | **AUSTIN, TEXAS** |

RECEIVED
COURT OF CRIMINAL APPEALS
10/21/2015
ABEL ACOSTA, CLERK

## MOTION TO WITHDRAW MOTION FOR STAY

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

NOW COMES the Bexar County District Attorney's office and files this motion to withdraw the State's motion to stay proceedings and in support thereof would respectfully show the Court as follows:

The underlying case of *State of Texas v. Sylvia Martinez*, Cause Number 2014CR1384, from the 187th District Court of Bexar County was dismissed for further investigation on October 5, 2015. The undersigned counsel did not receive notice of the dismissal until after filing the original proceeding documents pursuant to Texas Rule of Appellate Procedure 72. Since the underlying criminal case no longer exists, the State respectfully moves to withdraw the original proceeding filings for In re Sylvia Martinez.

1

WHEREFORE, PREMISES CONSIDERED, the Bexar County Criminal District Attorney's Office requests that this Court allow the State to withdraw its motion for leave to file an original petition for writ of mandamus.

Respectfully submitted,

**NICHOLAS "NICO" LAHOOD**
Criminal District Attorney
Bexar County, Texas

/S/ LAUREN SCOTT

_____

**Lauren A. Scott**
Assistant District Attorney
State Bar No. 24066843
101 W. Nueva
San Antonio, Texas 78205
210-335-2885
Email: lscott@bexar.org

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been served on the counsel of record by electronic mail on October 21, 2015.

Chad P. Van Brunt
State Bar No. 24070784

Angela Moore
State Bar No. 14320110
310 S. St. Mary's Street, Suite 1830
San Antonio, Texas 78205

/s/ Lauren A. Scott

_____

**Lauren A. Scott**